**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE nextfriendhabeas@gmail.com | MISC. NO.: 26-mc-38 (RMB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court *sua sponte*, and it appearing that the Court entered a September 28, 2026 Order to Show Cause directing the individual(s) using and/or associated with the email nextfriendhabeas@gmail.com to appear in person at the United States District Court for the District of New Jersey, Camden vicinage, Courtroom 3D, on October 1, 2026, at 3:00 PM and explain why all cases filed in this Court by or through nextfriendhabeas@gmail.com should not be dismissed and, further, to explain: (a) the case name(s)/docket number(s) of every case filed in this Court by or through nextfriendhabeas@gmail.com, to the extent not identified herein; (b) what the relationship is between Next Friend and the Petitioner(s) in each of the said cases; (c) what function Next Friend serves in each of said cases; and (d) whether Next Friend is acting as a legal representative of any and/or all of the Petitioners involved in said cases, and it further appearing that no one showed or appeared on October 1, 2026, as directed; and for other good cause shown

**IT IS** on this 5th day of October, 2026

**ORDERED** that the Clerk of Court shall send via regular mail a copy of this Order to the Petitioner, using the address identified in the Petition; and it is further

**ORDERED** that within seven (7) days of the Petitioner's receipt of this Order,

Petitioner shall submit a letter stating: 1) whether he/she personally reviewed and signed the Petition; 2) whether he/she personally submitted the Petition through the ADS system; 3) if another person prepared or submitted the Petition on his behalf, the identity of that person and whether that person is an attorney; and (4) whether the Petitioner currently has access to an email address associated with an ADS account and can receive via that email electronic communications from the Court; and it is further

**ORDERED** that, based on the information within Petitioner's letter, the undersigned may refer nextfriendhabeas@gmail.com to all appropriate authorities charged with investigating the unauthorized practice of law; and it is further

**ORDERED** that the Clerk of Court is directed to docket this Order in all pending and future cases filed by or via nextfriendhabeas@gmail.com; and it is further

**ORDERED** that the Clerk of Court shall email a copy of this Order to nextfriendhabeas@gmail.com; and it is further

s/ *Renée Marie Bumb*
Renée Marie Bumb
Chief U.S. District Judge